# United States District Court
## Southern District of Georgia

Marlon Lawshawn King,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-60
CR416-354

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 8/5/19, adopting the Magistrate Judge's Report and Recommendation, judgment is entered denying the motion to vacate pursuant to 28:2255 and this case stands closed.



| 8/6/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk